JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE NORIEGA, | Case No.  EDCV 16-01082-KES |
| Plaintiff, | |
| v. | **JUDGMENT** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner of the Social Security Administration is AFFIRMED and this action is dismissed with prejudice.

DATED:  April 3, 2017

_Karen E. Scott_

KAREN E. SCOTT
United States Magistrate Judge